Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00396-CR

Alex **BOSQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6956
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting: Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice

Delivered and Filed: June 27, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish